No. 53. John F. Colburn v. Irene B. Cornwell and A. M. Brown, High Sheriff. Submitted December 6, 1904. De-

cided January 27, 1905. This is an application for a writ of prohibition directed to the district court of Honolulu to restrain said district court from further proceeding in the case of *Irene B. Cornwell, plaintiff, v. John F. Colburn, defendant,* a proceeding to obtain summary possession of land under the landlord and tenant act.

A judgment was rendered in said district court in said action in favor of said Irene B. Cornwell on the 4th day of September, 1903, by which a lease held by said Colburn was declared forfeited for breach of condition, to wit: failure to pay an instalment of rent amounting to $37.50, which fell due on March 7, 1903, and for failure to pay taxes upon the property demised by said lease. An appeal was taken from said judgment to this court. On the 6th day of May, 1904, this court rendered a decision sustaining the judgment appealed from. On the 7th day of May, 1904, before a writ of possession had issued on said judgment of said district court, said John F. Colburn filed with the said district court a bond, and on the 9th day of May, 1904, paid all costs in said action, both in the district court and in the supreme court, and likewise paid all taxes due upon the demised premises; on said 9th day of May said Colburn also tendered to the attorneys of said Irene B. Cornwell the rent at that date due under said lease, to wit: three instalments of $37.50 each; on or about the 18th day of May, 1904, the attorneys for said Irene B. Cornwell moved said district court for a writ of possession; said John F. Colburn appeared and opposed said motion and again made tender of the sum of $116.98 as and for all rent then due and interest thereon; on the 25th day of May, 1904, said district court issued a writ of possession on said judgment. The petition for a writ of prohibition was filed in this court by said Colburn on the 25th day of May, 1904, at 9:25 o'clock, p. m. The answer of the high sheriff sets out that the writ of possession in said action of *Irene B. Cornwell v. John F. Colburn,* issued by the district court for the district of Honolulu, was placed in his hands shortly before noon on the 25th day of May, 1904; that he thereupon caused said writ

to be executed and restored said Irene B. Cornwell to the possession of the premises named therein and that said writ was fully served and executed prior to 5 o'clock, p. m. on said 25th day of May, 1904. Per curiam: The writ of possession having been fully executed prior to 5 o'clock, p. m. on the 25th day of May, 1904, the writ of prohibition issued at 9:25 o'clock, p. m. of said day was ineffectual; no act remaining to be done on the part of said district court in respect to which said writ of prohibition could operate. A writ of prohibition cannot be made to take the place of a writ of error. Petition dismissed and temporary writ dissolved. *C. W. Ashford* for petitioner. *Robertson & Wilder* for respondent.